EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: 541-2850
Fax No. 541-2958
Tom.Muehleck@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00424 JMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S SENTENCING |
| vs. | ) | STATEMENT; CERTIFICATE OF |
| | ) | SERVICE |
| ALAN K. KEKAHUNA, | ) | |
| | ) | Date:  March 9, 2006 |
| Defendant. | ) | Judge: Hon. J. Michael Seabright |
| _____ | ) | |

GOVERNMENT'S SENTENCING STATEMENT

The government has no objections to the proposed pre-sentence report.

DATED:  January 26, 2006, at Honolulu, Hawaii.

                                      EDWARD H. KUBO, JR.
                                      United States Attorney
                                      District of Hawaii

                                      By /s/Thomas Muehleck
                                         THOMAS MUEHLECK
                                         Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| Mr. Randy Oyama<br>Attorney at Law<br>345 Queen St., Suite 915<br>Honolulu, HI 96813 | January 26, 2006 |
| United States Probation Office<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850 | January 26, 2006 |

                                              /s/Rowena N. Kang