ORIGINAL

RANDY OYAMA #5767
Attorney at Law
888 Mililani Street, PH 2
Honolulu, Hawaii 96813
Telephone: (808) 521-9840

Attorney for Defendant
ALAN K. KEKAHUNA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 2 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00424 HG |
|---|---|
| Plaintiff, | ) DEFENDANT ALAN K. KEKAHUNA'S |
| vs. | ) SENTENCING STATEMENT; |
| | ) CERTIFICATE OF SERVICE |
| | ) |
| | ) Sentencing Date: March 9, 2006 |
| | ) Judge: J. MICHAEL SEABRIGHT |
| ALAN K. KEKAHUNA, | ) |
| Defendant. | ) |

**DEFENDANT ALAN K. KEKAHUNA'S SENTENCING STATEMENT**

Defendant ALAN K. KEKAHUNA, by and through counsel, Randy Oyama, Esq., hereby submits his Sentencing Statement pursuant to the Order of this Court regarding Sentencing Guidelines, the Notice of Attorneys dated December 1, 2005, and Rule 32 of the Federal Rules of Criminal Procedure.

I.   FACTUAL INFORMATION.

Defendant Alan K. Kekahuna, and his undersigned counsel have adequately reviewed the factual information contained in the Presentence Investigation Report prepared on January 23, 2006, and have no objections.

II.   SENTENCING CLASSIFICATION/GUIDELINE/RESTITUTION RANGES

Defendant Alan K. Kekahuna, does not object to the sentencing classification/guideline ranges set forth in the aforementioned Proposed Presentence Report and reserves the right to request a downward departure.

DATED: Honolulu, Hawai'i, February 1, 2006.

_____
RANDY OYAMA
Attorney for Defendant
ALAN K. KEKAHUNA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant Alan K. Kekahuna's Sentencing Statement will be served upon the following party (ies) upon the filing hereof by:

[X]  Hand-Delivery,  or  [ ] U.S. mail:

THOMAS C. MUEHLECK, ESQ.
ASSISTANT U.S. ATTORNEY
RM. 6-100, Box 50183
Honolulu, Hawaii 96850

Ellie Asasaki
Senior U.S. Probation Officer
United States Probation Officer
300 Ala Moana Blvd., Room C-110
P. O. Box 50111
Honolulu, Hawaii 96850-0001

DATED: Honolulu, Hawaii, February 1, 2006.

_____
RANDY OYAMA
 Attorney for Defendant
 ALAN K. KEKAHUNA