AO 245B (Rev. 12/03) Sheet 2 - Imprisonment       HG

| | |
|---|---|
| CASE NUMBER:     1:04CR00424-001 | Judgment - Page 2 of 6 |
| DEFENDANT:       ALAN K. KEKAHUNA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 120 MONTHS .

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 21 2007

at 1 o'clock and 30 min. PM

[✔]   The court makes the following recommendations to the Bureau of Prisons:

Terminal Island, CA. That the defendant participate in the 500-Hour Comprehensive Drug Treatment Program, educational, and vocational training programs.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

___

Defendant delivered on  6-8-06  to  FCI Herlong

at  Herlong, CA  , with a certified copy of this judgment.

_____
~~UNITED STATES MARSHAL~~

By   KJ Debow Warden
     ~~Deputy U.S. Marshal~~